## Sheila MICHAEL, Plaintiff—Appellant,

v.

## Michael J. ASTRUE, Commissioner of Social Security, Defendant— Appellee.

### No. 11–2179.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: May 8, 2012.

Sheila Michael, Appellant Pro Se. Alex Gordon, Allen F. Loucks, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

Before GREGORY, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila Michael appeals the magistrate judge's order affirming the Commissioner of Social Security's decision to deny Michael a period of disability insurance benefits.* We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (West Supp.2011); *Johnson v. Barnhart,* 434 F.3d 650, 653 (4th Cir.2005) (per curiam). We have thoroughly reviewed the record and find no reversible error. Accordingly, we affirm. *See Michael v. Astrue,* No. 8:09–cv–02575–JKS, 2011 WL 4501328 (D.Md. Sept. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Pursuant to 28 U.S.C. § 636(c) (2006), the parties consented to proceeding before a magistrate judge.